**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTAL REYES, | Case No. 5:24-cv-01712-MCS-SP |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN RICOLCOL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 1, 2026

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE